UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 92-06404 CAS | Date | July 27, 2009 |
|---|---|---|---|
| Title | Watson Allison v. Wong, Warden | | |

| **Presiding: The Honorable** | Christina A. Snyder, U. S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[DEATH PENALTY] - (IN CHAMBERS):**
**Respondent's Application to Lodge Bonner Evidentiary Hearing Transcript;**
**Petitioner's Application for EOT to Serve and File Final Reply Brief**

The Court has received and reviewed the following documents:

1. [Respondent's] Application for Leave to Lodge Transcript of Bonner Habeas Hearing, filed Jul. 24, 2009;
2. [Respondent's] [Proposed] Order Granting Application for Leave to Lodge Transcript, lodged Jul. 24, 2009;
3. [Petitioner's] Objection to Application for Leave to Lodge Transcript of Bonner Evidentiary Hearing, filed Jul. 24, 2009;
4. [Petitioner's] Request for Extension of Date for Filing Reply to Response to Petitioner's Merits Brief, filed Jul. 24, 2009; and
5. [Petitioner's] Proposed Order Granting Extension of Date for Filing Petitioner's Reply to Response to Petitioner's Merits Brief, filed Jul. 24, 2009.

The Court FINDS and ORDERS as follows:

1. Pursuant to Rule 7(a) of the Rules Governing Section 2254 Cases in the United States District Courts, Respondent's application for leave to lodge the transcript of the Bonner Habeas Hearing is **GRANTED**.

Respondent shall lodge the complete clerk's transcript, reporter's transcript, and any other documents related to the Bonner Habeas Hearing no later than **August 10, 2009.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 92-06404 CAS | Date | July 27, 2009 |
|---|---|---|---|
| Title | Watson Allison v. Wong, Warden | | |

At the time respondent lodges these documents with the Court respondent shall, at respondent's expense, serve by personal delivery on petitioner's counsel copies of all documents lodged with the Court pursuant to this order. Respondent shall file proof of service listing the documents personally served on petitioner's counsel in compliance with this order no later than **August 11, 2009. No portion of the Bonner habeas files which has been lodged with the Court, but which has not been served on petitioner's counsel, in compliance with this order will be considered by the Court in adjudicating petitioner's claims.**

Petitioner shall have until and including **August 21, 2009** in which to serve and file objections to the Court's consideration of the materials respondent has served on petitioner's counsel pursuant to this order. Respondent may file a response to petitioner's objections no later than **August 31, 2009.**

2. Petitioner's request for an extension of time in which to serve and file Petitioner's Reply to Response to Petitioner's Merits Brief is **GRANTED**. Petitioner shall have until and including **August 31, 2009**, in which to serve and file Petitioner's Reply to Response to Petitioner's Merits Brief, which reply shall include whatever arguments petitioner wishes to make regarding the additional documents served on petitioner's counsel pursuant to this order.

     IT IS SO ORDERED.

00 : 00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 92-06404 CAS | Date | July 27, 2009 |
|---|---|---|---|
| Title | Watson Allison v. Wong, Warden | | |

Initials of Preparer    CMJ