JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATSON ALLISON, | CASE NO. CV 92-06404 CAS |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | JUDGMENT |
| VINCENT CULLEN, Warden of California State Prison at San Quentin, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus by a person in state custody under a sentence of death is GRANTED IN PART AND DENIED IN PART.

For the reasons set forth in the Memorandum and Order, filed June 11, 2007, and the Final Memorandum and Order on Petitioner's Remaining Claims 1, 2A, 2B, 2H, 5, 11 ¶ 12, 15, and 31, filed concurrently herewith:

1. Insofar as it challenges petitioner's convictions for robbery and first degree felony murder of Leonard Wesley Polk in the case of People of the State of California v.

<u>Watson Allison</u>, Los Angeles County Superior Court Case No. A026128, the petition for writ of habeas corpus is DENIED.

2.  Insofar as it challenges the special circumstances finding, that petitioner intentionally committed the murder of Polk while engaged in the commission of robbery, and the penalty phase verdict of death in the case of <u>People of the State of California v. Watson Allison</u>, Los Angeles County Superior Court Case No. A026128, the petition for writ of habeas corpus is GRANTED.

The Court ORDERS the State of California either to grant petitioner a new trial on the special circumstance allegations and, if appropriate, the penalty phase verdict, or to vacate the special circumstance findings and the sentence of death and to re-sentence petitioner in accordance with California state law and the United States Constitution.

IT IS SO ORDERED.

Dated: July 22, 2010.

                                          _____
                                              Christina A. Snyder
                                      UNITED STATES DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | ADR | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | MDL Panel | | | |
| ☐ | Ninth Circuit Court of Appeal | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |
| ☐ | Statistics Clerk | | | |

☐ ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____